PHILLIP A. TALBERT, CSBN 145263
Acting United States Attorney
DEBORAH LEE STACHEL, CABN
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK J. SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8927
    Fax: 415-744-1034
    Patrick.Snyder@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| PIXIE MECHELLE MARIE FLORES,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:15-cv-02676-KJN<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE HER CROSS MOTION FOR SUMMARY JUDGMENT** |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, requests to extend the time by two weeks, from June 27, 2016 to July 11, 2016 for the Commissioner to provide her Cross Motion for Summary Judgment, with all other dates extended accordingly.  This is the Commissioner's first request for an extension.

    Counsel makes this request in good faith.  There is good cause for this request because the case was recently reassigned to new counsel for Defendant, who needs additional time to become familiar with the facts and the issues presented in the Plaintiff's Motion for Summary Judgment.  Counsel is

Stipulated Request To Extend Time For Defendant To File Cross MSJ, 2:15-cv-02676 KJN    1

new to the office and must also undergo detailed quality review of the brief in accordance with the Commissioner's regional office procedures.  As a result, the Commissioner needs two weeks of additional time to properly address the issues Plaintiff has raised.  Plaintiff's counsel has no objection.

                                      Respectfully submitted,

Date:   June 24, 2016        By:    /s/*_Lawrence D. Rohlfing_
                                              LAWRENCE D. ROHLFING
                                              *by telephone authorization 6/24/16

                                              Attorneys for Plaintiff

Date:   June 24, 2016                BRIAN J. STRETCH
                                              Acting United States Attorney

                                    By:    /s/ _Patrick William Snyder_
                                              PATRICK WILLIAM SNYDER
                                              Special Assistant United States Attorney

Of Counsel:
JAMES EDWIN BIELENBERG JR.

                                              Attorneys for Defendant

**ORDER**

    APPROVED AND SO ORDERED

    Dated:  June 27, 2016

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE