UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIXIE MECHELLE MARIE FLORES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:15-cv-2676-KJN<br><br><br><br>ORDER |

In light of the Ninth Circuit Court of Appeals' memorandum disposition filed on May 31, 2018 (ECF No. 28), and the formal mandate issued on July 23, 2018 (ECF No. 29), this case is REMANDED to the Social Security Administration for further proceedings consistent with the Ninth Circuit's memorandum disposition.

The Clerk of Court shall close this case in the district court.

IT IS SO ORDERED.

Dated: September 28, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1